August 1, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

PAUL STEVEN JACOBS, Appellant

NO. 14-12-00755-CV                              V.

MELISSA ELLEN FIELDS JACOBS, Appellee

_____

This cause, an appeal from the temporary orders in favor of appellee, Melissa Ellen Fields Jacobs, signed August 1, 2012 and August 21, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the temporary orders. We order the temporary orders of the court below **AFFIRMED**.

We order appellant, Paul Steven Jacobs, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.